IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM R. WHITE,**

**Plaintiff,**

v.

**JOHN E. POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,**

**Defendant.**                                              No. 10-654-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiff's Motion to Discharge His Attorney and to Proceed *Pro Se* (Doc. 15). Specifically, Plaintiff informs the Court that he is discharging his attorney and he is proceeding *pro se* on his case. Based on the reasons in the motion, the Court **ACKNOWLEDGES** Plaintiff's motion to discharge his attorney (Doc. 15). Accordingly, the Court **TERMINATES** attorney David Swimmer as attorney of record for Plaintiff.

**IT IS SO ORDERED.**

Signed this 24th day of November, 2010.

David R. Herndon
2010.11.24 14:10:08
-06'00'

**Chief Judge
United States District Court**