IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM R. WHITE,**

**Plaintiff,**

v.

**JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,**

**Defendant.**                                                                 **No. 10-654-DRH**

## ORDER

**HERNDON, Chief Judge:**

In an effort of continuing case management, the Court notes that there is a pending motion for summary judgment (Doc. 10) filed by Defendant John E. Potter, Postmaster General, United States Postal Service, in this matter, and, to date, it appears Plaintiff has made no attempts to file a Response. Under **LOCAL RULE 7.1(c)**, "[f]ailure to timely file a response to a motion, may, in the Court's discretion, be considered an admission of the merits of the motion." Accordingly, the Court allows Plaintiff until **January 6, 2011** in which to file a Response to Defendant's motion. If Plaintiff does not file his Response by this new deadline or fails to obtain a further extension of time to file, then the Court is authorized pursuant to **LOCAL RULE 7.1(c)** to deem his silence an admission of the merits of Defendant's motion for

summary judgment (Doc. 10) and may grant the motion. If the Court grants the Defendant's motion it will mean that the Plaintiff will lose his case and unless the Appellate Court reinstates it for him, he will not be able to obtain the results he seeks ever.

**IT IS SO ORDERED.**

Signed this 21st day of December, 2010.

David R. Herndon
2010.12.21
13:33:58 -06'00'

**Chief Judge
United States District Court**