IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM R. WHITE,

     Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,

     Defendant.                      Case No. 10-cv-654-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Voluntary Stipulation of Dismissal Without Prejudice (Doc. 23), filed by Defendant with consent of Plaintiff. The Stipulation seeks to dismiss without prejudice Plaintiff's claim against Defendant. The dismissal is made pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**. The Court hereby **ACKNOWLEDGES** said Stipulation and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims against Defendant. Each Party is to bear its own costs and fees. The court will close the file.

**IT IS SO ORDERED**.

Signed this 24th day of January, 2011.

David R. Herndon
2011.01.24
12:03:06 -06'00'

**Chief Judge**
**United States District Court**

Page 1 of 1